**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANDRE DAVID LOTTER,**<br>**A# 244 906 484,** | § § § § § § § | |
| **Petitioner,** | § § § | |
| **v.** | § § § | **SA-25-CV-00568-JKP** |
| **ACTING DIRECTOR TODD M. LYONS,**<br>**United States Immigration and Customs**<br>**Enforcement; U.S. ATTORNEY**<br>**GENERAL PAMELA BONDI;**<br>**SECRETARY KRISTI NOEM, Homeland**<br>**Security; and SUPERVISOR SOSTENES**<br>**M. GUTIERREZ, Detention and Probation**<br>**Officer, ICE San Antonio,** | § § § § § § § § § § § | |
| **Respondents.** | § § | |

**ORDER**

Before the Court is *pro se* Petitioner Andre David Lotter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (ECF No. 1). Lotter neither paid the $5.00 filing fee nor filed an application to proceed *in forma pauperis* ("IFP").

It is therefore **ORDERED** that **within thirty (30) days of the filing of this Order**, Lotter must submit to this Court either the required filing fee of $5.00 or a completed application to proceed IFP. **If Lotter submits an IFP application, it must include a current institutional trust fund account statement showing deposits and balances to his institutional account for the previous six months.**

**The Clerk of the Court is directed to forward to Lotter this Court's standard IFP application**.

If Lotter fails to comply with this Order, his Petition may be dismissed without further action by this Court for want or prosecution and failure to comply with this Court's Order. *See* FED. R. CIV. P. 41(b).

It is so **ORDERED**.


SIGNED this 23rd day of May, 2025.


_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE