UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ANDRE DAVID LOTTER,** <br> A# 244 906 484, <br><br>         **Petitioner,** <br><br> v. <br><br> **ACTING DIRECTOR TODD M. LYONS,** United States Immigration and Customs Enforcement; **U.S. ATTORNEY GENERAL PAMELA BONDI; SECRETARY KRISTI NOEM,** Homeland Security; **SUPERVISOR SOSTENES M. GUTIERREZ,** Detention and Probation Officer, ICE San Antonio; **WARDEN,** South Texas ICE Processing Center,[1] <br><br>         **Respondents.** | § § § § § § § § § § § § § § § § § § § § | SA-25-CV-00568-JKP |

**ORDER**

Before the Court is *pro se* Petitioner Andre David Lotter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (ECF No. 1). Lotter neither paid the $5.00 filing fee nor filed an application to proceed *in forma pauperis* ("IFP").

It is therefore **ORDERED** that **within thirty (30) days of the filing of this Order**, Lotter must submit to this Court either the required filing fee of $5.00 or a completed application to

---

[1] When Petitioner Andres David Lotter filed this matter, he was confined in the Karnes County Immigration Processing Center in Karnes City, Texas. (ECF No. 1). However, on June 16, 2025, Petitioner Andres David Lotter filed an address change notice, advising he has been moved to the South Texas ICE Processing Center in Pearsall, Texas. (ECF No. 5). He stated in the notice that based on the transfer, it was unlikely he would receive any correspondence or orders previously sent by this Court. (*Id.*). Thus, the Court directed the Clerk of Court to resend the case opening letter to his new address. Additionally, the Court is rendering this new Order regarding Petitioner's failure to either pay the filing fee or file a motion to proceed *in forma pauperis*, and sending it to Petitioner at the new address.

Finally, Petitioner did not name as a respondent the Warden of the facility in which he was confined when he filed this matter on May 16, 2025. (ECF No. 1). Based on the recent transfer, the Court orders the Warden of the South Texas ICE Processing Center to be named as a respondent in this matter. Accordingly, the Clerk of Court is directed to change the style of the case to add the Warden of the South Texas ICE Processing Center as a respondent as set out in the style of this Order.

proceed IFP. **If Lotter submits an IFP application, it must include a current institutional trust fund account statement showing deposits and balances to his institutional account for the previous six months.**

**The Clerk of the Court is directed to forward to Lotter this Court's standard IFP application**.

If Lotter fails to comply with this Order, his Petition may be dismissed without further action by this Court for want or prosecution and failure to comply with this Court's Order. *See* FED. R. CIV. P. 41(b).

It is so **ORDERED**.

SIGNED this 18th day of June, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE