**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **ANDRE DAVID LOTTER, A# 244906484,** §<br>§<br>**Petitioner,** §<br>§<br>**v.** §<br>§<br>**TODD M. LYONS, Acting Director, United** §<br>**States Immigration and Customs** §<br>**Enforcement; PAMELA BONDI, U.S.** §<br>**Attorney General; KRISTI NOEM,** §<br>**Secretary, Homeland Security; SOSTENES** §<br>**M. GUTIERREZ, Supervisor, Detention** §<br>**and Probation Officer, ICE, San Antonio;** §<br>**and WARDEN, South Texas ICE** §<br>**Processing Center,** §<br>§<br>**Respondents.** § | **SA-25-CV-00568-JKP** |

**SERVICE ORDER**

Before the Court is *pro se* Petitioner Andre David Lotter's 28 U.S.C. § 2241 Petition for

Writ of Habeas Corpus. (ECF No. 1). Lotter paid the required filing fee. (ECF No. 8). Lotter's June

16, 2025 notice of change of address and records from the United States Immigration and Customs

Enforcement website show Lotter is currently confined in the South Texas ICE Processing Center

in Pearsall, Texas. (ECF No. 5); *see* search (last visited July 2, 2025). Upon review of Lotter's

Petition, the Court finds Respondents should be served, and upon service, Respondents are ordered

to file a responsive pleading.

**IT IS THEREFORE ORDERED** that:

1. The Clerk of Court shall furnish the Office of the United States Attorney in

   San Antonio, Texas with copies of the Petition for Writ of Habeas Corpus (ECF No. 1)

   and this Service Order, and that such delivery by certified mail, return receipt requested

   will constitute sufficient service of process on Respondents Todd M. Lyons, Acting

Director, United States Immigration and Customs Enforcement; Pamela Bondi, U.S. Attorney General; Kristi Noem, Secretary, Homeland Security; and Sostenes M. Gutierrez, Supervisor, Detention and Probation Officer, ICE, San Antonio; and

2. The Clerk of Court shall serve Respondent Warden, South Texas ICE Processing Center, 566 Veterans Drive, Pearsall, Texas 78061, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Service Order, and such delivery by certified mail, return receipt requested will constitute sufficient service of process.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or response to the Petition for Writ of Habeas Corpus on or before sixty (60) days from the date of service.

**IT IS FURTHER ORDERED** that Lotter shall file a reply to any answer or response filed by Respondents on or before thirty (30) days after any answer or response is filed.

It is so **ORDERED**.

SIGNED this 2nd day of July, 2025.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE

2